FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: GIGA WATT INC., <br><br> Debtor. <br>———————————————<br> JUN DAM, <br><br>  Appellant, <br><br>  v. <br><br> MARK D. WALDRON, Chapter 7 Panel Trustee, <br><br>  Appellee. | No. 2:25-CV-00105-SAB <br><br> **ORDER OF DISMISSAL** |

Before the Court is Appellant's Motion to Stay Proceedings, ECF No. 8. Appellant is pro se. Appellee is represented by Pamela Egan. The motion was considered without oral argument.

## BACKGROUND

In orders dated March 28 and April 1, 2025, the Bankruptcy Court issued sanctions against Appellant and declared him a vexatious litigant. Appellant filed his Notice of Appeal in this matter on April 1, 2025. Notice that the complete Record of the Bankruptcy Court proceedings was available electronically was posted on May 5, 2025. Appellant filed the instant Motion on June 9, 2025, seeking to stay this matter pending the resolution of a related appeal currently before the Ninth Circuit.

## LEGAL FRAMEWORK AND ANALYSIS

Under Federal Rule of Bankruptcy Procedure 8018(a)(1), an appellant must

**ORDER OF DISMISSAL** #1

serve and file a brief within thirty days "after the docketing of notice that the record has been sent or that it is available electronically." Furthermore, under Rule 8018(a)(4), if an appellant fails to file a briefing in compliance with this deadline, the district court may dismiss the appeal even absent a motion by the appellee.

Here, Appellant's Notice of Appeal was filed in ECF on April 1, 2025, and the record was made available electronically on May 5, 2025. Instead of filing the briefing within thirty days—June 4, 2025—as required under Rule 8018(a)(1), Appellant filed this motion on June 9, 2025, and acknowledged that the briefing was overdue but contended that Appellee would suffer no prejudice from a stay. However, the Rule is clear: Appellant had thirty days to file his briefing, he failed to do so, and the Court may now dismiss his appeal pursuant to Rule 8018(a)(4). Appellant's motion is **denied**.

Accordingly, **IT IS HEREBY ORDERED**:

1. Appellant's Motion to Stay Proceedings, ECF No. 8, is **DENIED**

2. The above-captioned case is **DISMISSED without prejudice** and without costs or attorney's fees

3. The Clerk of Court is directed to enter judgment in favor of Appellee and against Appellant.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to pro se Plaintiff and defense counsel, and **close** the file.

**DATED** this 21st day of November 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL  #2**